1  Victor M. Sher, SBN 96197
   Todd E. Robins, SBN 191853
2  SHER LEFF LLP
   450 Mission Street, Suite 400
3  San Francisco, CA 94105
   Telephone: (415) 348-8300
4  Facsimile: (415) 348-8333

5  Scott Summy, *Admitted in Texas*
   BARON & BUDD, P.C.
6  3102 Oak Lawn Avenue, Suite 1100
   Dallas, TX 75219-4281
7  Telephone: (214) 523-6267
   Facsimile: (214) 520-1181
8
   Attorneys for Plaintiff, CITY OF OCEANSIDE
9

10              IN THE UNITED STATES DISTRICT COURT
11            FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                     SAN FRANCISCO DIVISION

13
14  CITY OF OCEANSIDE,                    )  Case No. 05-cv-02482 JSW
                                          )
15          Plaintiff,                    )  **PLAINTIFF'S JOINDER IN**
                                          )  **MOTION FOR**
16      vs.                               )  **ADMINISTRATIVE RELIEF**
                                          )  **RE CONTINUANCE OF**
17  THE DOW CHEMICAL COMPANY; DOW         )  **INITIAL CASE**
    AGROSCIENCES, LLC; SHELL OIL COMPANY, )  **MANAGEMENT**
18  individually and doing business as SHELL CHEMICAL ) **CONFERENCE; ORDER**
    COMPANY; OLIN CORPORATION; WILBUR-    )
19  ELLIS COMPANY; AND DOES 1 through 300,)  Judge: Hon. Jeffrey S. White
    INCLUSIVE,                            )
20                                        )
            Defendants.                   )
21
22
23
24
25
26
27
28

PLAINTIFF'S JOINDER IN MOTION FOR ADMINISTRATIVE RELIEF RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE – Case No. 05-cv-02482 JSW

## JOINDER

Plaintiff City of Oceanside hereby joins in the Motion for Administrative Relief Re Continuance of Initial Case Management Conference filed in *Montara Water and Sanitary District v. Dow Chemical Co., et al.*, 05-cv-02480 JSW.

DATED: September 14, 2005

Respectfully submitted,

SHER LEFF LLP

By: _____
VICTOR M. SHER
TODD E. ROBINS
CHLOE S. ANDREWS

BARON & BUDD, P.C.

Attorneys for Plaintiff CITY OF OCEANSIDE

Dated: September 21, 2005



DENIED
Judge Jeffrey S. White

- 1 -

PLAINTIFF'S JOINDER IN MOTION FOR ADMINISTRATIVE RELIEF RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE -- Case No. 05-cv-02482 JSW